AO 245D (Rev. 09/19)  Judgment in a Criminal Case for Revocations
Sheet 1

Case 1:19-cr-00048   Document 64   Filed on 06/07/23 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
June 08, 2023
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
Holding Session in Corpus Christi

UNITED STATES OF AMERICA

v.

**ROGELIO GARCIA-ZEPEDA**

**JUDGMENT IN A CRIMINAL CASE**

(For **Revocation** of Probation or Supervised Release)

**CASE NUMBER: 1:19CR00048-001**
**USM NUMBER: 77974-479**

Rachel Elizabeth Braver, AFPD
Defendant's Attorney

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s) <u>1,2,3 and 4</u> of the term of supervision.
☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Shall not unlawfully possess a controlled substance | 12/14/2022 |
| 2 | Shall refrain from any unlawful use of a controlled substance | 12/14/2022 |
| 3 | Shall participate in drug/alcohol treatment program as directed | 11/30/2022 |
| 4 | Shall not commit another federal, state, or local crime | 01/10/2023 |

☐ See Additional Violations

The defendant is sentenced as provided in pages 2 through <u>2</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: XXX-XX-9160
Defendant's Date of Birth: XX/XX/1987

City and State of Defendant's Residence:
San Benito, Texas

June 6, 2023
Date of Imposition of Judgment

*/s/ signature*
Signature of Judge

**DAVID S. MORALES**
**UNITED STATES DISTRICT JUDGE**
Name and Title of Judge

June 7, 2023
Date

| | |
|---|---|
| DEFENDANT: | **ROGELIO GARCIA-ZEPEDA** |
| CASE NUMBER: | **1:19CR00048-001** |

Judgment — Page 2 of 2

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of <u>12 months.</u>
This term shall be served consecutive to the term of imprisonment imposed in Docket Number: 2:23CR00056-001.

☐ See Additional Imprisonment Terms.

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
　☐ at _____ on _____
　☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
　☐ before 2 p.m. on _____
　☐ as notified by the United States Marshal.
　☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL